In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00305-CV**
_____

**TOMMY LYNN COOPER, Appellant**

**V.**

**SUSAN CAROL BOLSTER, Appellee**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 21-08-11490-CV

**MEMORANDUM OPINION**

On September 24, 2021, Tommy Lynn Cooper, Appellant, filed a notice of appeal from the trial court's order dated September 22, 2021, granting a plea to the jurisdiction. Susan Carol Bolster, Appellee, filed a motion to dismiss the appeal because the appealed order is interlocutory and not subject to an accelerated appeal. According to Bolster, the trial court has not yet resolved her claims regarding the validity of a transfer-on-death deed and attorney's fees recovery. Cooper agrees his appeal is premature but asks this Court to abate the appeal until the trial court signs

1

a final judgment. *See* Tex. R. App. P. 27.2 ("The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record."). Rule 27.2 does not confer authority on the appellate court to abate an appeal while there are significant issues yet to be determined by the trial court. *Garcia v. Comm'rs Ct. of Cameron Cty.*, 101 S.W.3d 778, 786 (Tex. App.—Corpus Christi 2003, no pet.).

We find that there are pending matters before the trial court that require development and resolution in the trial court before an appeal can commence. Accordingly, we grant Appellee's motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 8, 2021
Opinion Delivered December 9, 2021

Before Kreger, Horton and Johnson, JJ.